IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRENCE M. GORE, § | |
|     PLAINTIFF, § | |
| § | |
| v. § | CIVIL CASE NO. 3:23-CV-003-S-BK |
| § | |
| TRANS UNION LLC, ET AL., § | |
|     DEFENDANTS. § | |

**FINDINGS CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b) and *Special Order 3*, this case has been referred to the undersigned for pretrial management. Plaintiff originally filed this action in the 95th District Court, Dallas County, Texas. Doc. 1-1 at 10-12. Defendant Trans Union LLC removed the case to this Court based on federal question jurisdiction. Doc. 1 at 1-2; Doc. 1-1 at 10-12. Plaintiff then filed the instant *Request to Remand Back to State District Court.* Doc. 4. Defendant has filed a *Notice of Non-Opposition* to Plaintiff's request. Doc. 10. Accordingly, Plaintiff's *Request to Remand Back to State District Court*, Doc. 4, should be **GRANTED** and this case should be remanded to the 95th District Court, Dallas County, Texas.

**SO RECOMMENDED** on January 31, 2023.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

**INSTRUCTIONS FOR SERVICE AND**
**NOTICE OF RIGHT TO APPEAL/OBJECT**

A copy of this report and recommendation will be served on all parties in the manner provided by law. Any party who objects to any part of this report and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). An objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and indicate the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *modified by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections to 14 days).